WILSON SONSINI GOODRICH & ROSATI, P.C.
Amy H. Candido, SBN 237829
Email: acandido@wsgr.com
Laura N. Hernandez, SBN 344641
Email: lhernandez@wsgr.com
One Market Plaza
San Francisco, CA 94105-1126
Telephone: (415) 947-2000

*Counsel for Defendants*
*The Brigham and Women's Hospital, Inc.,*
*Seer, Inc., Dr. Morteza Mahmoudi,*
*and Dr. Omid Farokhzad*

LAMURA, MALIZIA, RASILE & PARTNERS LLP
Emiliano Malizia, SBN 298545
Email: emiliano.malizia@tlrtlaw.com
8383 Wilshire Blvd 8th Fl.
Beverly Hills, CA 90211
Telephone: (323) 989-7014

*Counsel for Plaintiffs Prof. Giulio Caracciolo and*
*Dipartimento di Medicina Molecolare,*
*Sapienza Università di Roma*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROF. GIULIO CARACCIOLO and DIPARTIMENTO DI MEDICINA MOLECOLARE, SAPIENZA UNIVERSITÀ DI ROMA,<br><br>Plaintiffs,<br><br>v.<br><br>THE BRIGHAM AND WOMEN'S HOSPITAL INC., SEER INC., DR. MORTEZA MAHMOUDI AND DR. OMID FAROKHZAD,<br><br>Defendants. | CASE NO.: 3:23-CV-06643-AMO<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: April 18, 2024<br>Time: 10:00am<br>Courtroom: 10, 19th Fl.<br>Judge: Hon. Araceli Martínez-Olguín |

1    Defendants The Brigham and Women's Hospital, Inc. ("Brigham"), Seer, Inc. ("Seer"),
2 Dr. Morteza Mahmoudi, and Dr. Omid Farokhzad (collectively, "Defendants"), and Plaintiffs Prof.
3 Giulio Caracciolo and Dipartimento di Medicina Molecolare Sapienza Università di Roma
4 (collectively, "Plaintiffs") (together, the "Parties") by and through their respective counsel of
5 record, hereby stipulate as follows:

6    WHEREAS, Plaintiffs filed their Complaint on December 28, 2023 (ECF No. 1);

7    WHEREAS, Defendants filed their Motion to Dismiss the Complaint on March 4, 2024
8 (ECF No. 20);

9    WHEREAS, Plaintiffs filed their opposition to Defendants' Motion to Dismiss on
10 March 18, 2024 (ECF No. 27);

11    WHEREAS, Defendants filed their reply in support of their Motion to Dismiss on
12 March 25, 2024 (ECF No. 29);

13    WHEREAS, the Court continued the hearing on Defendants' Motion to Dismiss from
14 April 18, 2024, to July 3, 2024 (ECF No. 28);

15    WHEREAS, the Court set the Initial Case Management Conference for April 18, 2024 at
16 10:00 a.m.;

17    WHEREAS, lead counsel for Plaintiffs is in trial in New York, New York, on another
18 matter on April 18, 2024, and thus has a conflict on the date currently set for the Case
19 Management Conference in this matter;

20    WHEREAS, lead counsel for Defendants has a court conference for another matter
21 scheduled for 10:00 a.m. on April 18, 2024 in San Jose, California, and thus has a conflict on the
22 date currently set for the Case Management Conference in this matter;

23    WHEREAS, the Parties agree that, in light of the pending Motion to Dismiss and the
24 current scheduling conflicts, it would be more efficient and orderly for the Case Management
25 Conference to take place after the July 3, 2024, hearing on the Motion to Dismiss;

26    NOW, THEREFORE, pursuant to Civil Local Rules 6-2 and 7-12, the Parties agree,
27 subject to the approval of the Court, as follows:

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE     1     CASE NO.: 3:23-cv-006643-AMO
CASE MANAGEMENT CONFERENCE

1. The Initial Case Management Conference, currently scheduled for April 18, 2024, at 10 a.m., shall be continued to July 11, 2024, at 10 a.m., or such other time as the Court may order;

2. the Parties' Joint Case Management Statement shall be filed by noon on July 3, 2024; and

3. the Parties shall make their Rule 26(a) disclosures by July 3, 2024.

Dated: April 9, 2024

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Amy H. Candido*
       Amy H. Candido

*Counsel for Defendants*
*The Brigham and Women's Hospital, Inc.,*
*Seer, Inc., Dr. Morteza Mahmoudi,*
*and Dr. Omid Farokhzad*

LAMURA, MALIZIA, RASILE & PARTNERS LLP

By: */s/ Emiliano Malizia*
       Emiliano Malizia

*Counsel for Plaintiffs*
*Prof. Giulio Caracciolo and*
*Dipartimento di Medicina Molecolare,*
*Sapienza Università di Roma*

**GRANTED**
Judge Araceli Martínez-Olguín
April 9, 2024
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA